UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOEL MANUEL TAYLOR,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PRISON HEALTH CARE,<br><br>　　　　Defendant.　　　　　　　／ | No. C 16-0894 NJV (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed a pro se action concerning the conditions of his confinement, however he did not pay the filing fee or submit an application to proceed in forma pauperis ("IFP"). The court sent plaintiff a notice that he had not paid the filing fee or applied for leave to proceed IFP and allowed him twenty-eight days to either pay the fee or file the application. (Doc. 3.)  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

The twenty-eight days have passed and no response has been received.  This case is therefore **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the case.

**IT IS SO ORDERED.**

Dated: April 7, 2016.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge